FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR 11-1075-SJO |
|---|---|---|
| Plaintiff, | ) | ORDER [OF DETENTION] [SETTING CONDITIONS OF RELEASE] AFTER HEARING (18 U.S.C. § 3148(b): (Allegations of Violation of Pretrial Conditions of Release) |
| v. | ) | |
| ANTHONY GLEN JONES | ) | |
| Defendant. | ) | |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge OTERO].

B.

The court finds there is

(1)

    (A)  ( )  Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)  (X)  Clear and convincing evidence that the defendant has violated any other condition of release; and

1  (2)
2      (A)  ~~( )~~  Based on the factors set forth in 18 U.S.C. § 3142(g),
3               there is no condition or combination of conditions of
4               release that will assure that the person will not flee or
5               pose a danger to the safety or any other person or the
6               community; or
7      (B)  (X)  The person is unlikely to abide by any condition or
8               combination of conditions of release.
9               and/or, in the event of (1)(A)
10 (3)    ( )  There is probable cause to believe that, while on
11              release, the defendant committed a Federal, State, or
12              local felony, and the presumption that no condition or
13              combination of conditions will assure that the person
14              will not pose a danger to the safety of any other person
15              or the community has not been rebutted.
16                                or
17 (4)    ( )  The court finds that there are conditions of release that
18              will assure that the defendant will not flee or pose a
19              danger to the safety of any other person or the
20              community, and that the defendant will abide by such
21              conditions. See separate order setting conditions.
22        ( )  It is further ordered that this order is stayed for 72
23              hours in order to allow the Government to seek review
24              from the [assigned district judge] [criminal duty
25              district judge].
26                                or

C.

(X) IT IS ORDERED defendant be detained prior to trial.

DATED: 7/17/13

U.S. MAGISTRATE/DISTRICT JUDGE

[11/04]

3