FILED
CLERK, U.S. DISTRICT COURT

NOV - 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY GLEN JONES,<br><br>Defendant. | Case No. CR 11-1075-SJO<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On November 2, 2016, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued by this Court.

Defendant was represented by Indigent Defense Panel attorney Mark Chambers, specially appearing for Thomas Nishi, who was previously appointed to represent Defendant.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, the allegations in the Violation Petition and the Government's Request for Detention.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Allegations in petition which include use of marijuana while on supervision and failure to report for drug treatment and mental health counselling as directed by the Probation Office.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ criminal history
☒ substance abuse as alleged in the violation petition
☒ Prior violation of supervised release conditions

## III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: November 2, 2016

                                          /s/
                              ALKA SAGAR
              UNITED STATES MAGISTRATE JUDGE